**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| SHARON S. GUTIERREZ | ) Case No.: 03-05933-TUC-JMM |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| | ) |
| Debtor | ) |

  Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 132893 | 06/30/2008 | DR. DAVID MARTIN MD<br>1980 W. HOSPITAL DR #100<br>TUCSON, AZ 85704 | $11.38 |
| 139253 | 01/30/2009 | CASH CART<br>6458 N. ORACLE #1<br>TUCSON, AZ 85704 | $69.43 |
| | | **Total** | **$80.81** |

  The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $80.81 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

                 **/s/ Dianne C. Kerns, #011557**
                 Dianne C. Kerns, Esq.
                 Chapter 13 Trustee